IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-00449-M

| | |
|---|---|
| DR. DARCY DANE, individually, and CAROLINA BRAIN CENTER PC, <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH PARTNERS, LLC, <br><br> Defendant. | ORDER |

This matter comes before the court on an Amended Complaint filed as a matter of course by the Plaintiffs pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. DE 14. "Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiffs' filing, Defendant's Motion to Dismiss Pursuant to Rules 9(b) and 12(b)(6) [DE 11] is DENIED WITHOUT PREJUDICE as moot.

SO ORDERED this 30th day of December, 2022.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE